THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA PENNER, PAUL HAUGH and DARCI HAUGH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A., and BANK ONE, DELAWARE, N.A.,<br><br>Defendants. | NO. 3:06-cv-05092-FDB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Noted for Hearing:**<br>**June 16, 2006 per Local CR 7(d)(1)** |

STIPULATION AND ORDER EXTENDING TIME TO RESPOND

SAVITT & BRUCE LLP
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101
(206) 749-0500

1    WHEREAS, on February 16, 2006 plaintiff Lisa Penner filed this action against defendants
2  Chase Bank USA, N.A. and Bank One, Delaware, N.A. ("Defendants");
3    WHEREAS, on May 3, 2006 Plaintiff filed a First Amended Complaint, adding Darci
4  Haugh and Paul Haugh as Plaintiffs in this action;
5    WHEREAS, on May 16, 2006 the Court extended the time by which Defendants may
6  plead or otherwise respond to the First Amended Complaint to and including June 16, 2006;
7    WHEREAS, Defense counsel has been on jury duty over the last week and therefore
8  requests an additional one week extension to file a responsive pleading to Plaintiffs' First
9  Amended Complaint.

*[CONTINUED ON FOLLOWING PAGE]*

STIPULATION EXTENDING TIME TO RESPOND - 1

SAVITT & BRUCE LLP
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101
(206) 749-0500

NOW THEREFORE, It is hereby stipulated by and between the parties, through their respective attorneys, that the time by which Defendants may plead or otherwise respond to the operative complaint shall be extended by one week, to and including June 23, 2006.

Dated: June 16, 2006             **SAVITT & BRUCE LLP**


                                 By:  /s/ James P. Savitt
                                     James P. Savitt, WSBA No. 16847

                                     Attorneys for Defendants
                                     BANK ONE, DELAWARE, N.A. and
                                     CHASE BANK USA, N.A.

Dated: June 16, 2006             **KELLER ROHRBACK LLP**


                                 By:  /s/ Mark A. Griffin
                                     Mark A. Griffin, WSBA No. 16296

                                     Attorney for Plaintiff
                                     LISA PENNER

**IT IS SO ORDERED:**

DATED this 28th of June 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO RESPOND - 2